25-2351



RECEIVED
JAN 2 0 2026
U.S.C.A. 3rd CIRCUIT

Erik Khan
#66770-051
Big Spring FCI
1900 Simler Avenue
Big Spring, TX 79720

----------------------------------------------------------------------------------------------------

----------------------------------------------------------------------------------------------------

BLD-058

No. 25-2351

ERIK KHAN,
Appellant,

v.

WARDEN FORT DIX FCI

(D.N.J. Civ. No. 1:23-cv-03068)



Present: BOVE, *Circuit Judge*.

Submitted are:

 (1) Appellant's Motions for Appointment of Counsel in the above-
   captioned case.

           Respectfully,

           Clerk

_____ORDER_____

The motion for appointment of counsel is denied. *See* 18 U.S.C. § 3006A(a)(2);

*Reese v. Fulcomer*, 946 F.2d 247, 263-64 (3d Cir. 1991). A briefing schedule shall issue.

        By the Court,

        s/ Emil Bove
        Circuit Judge

Dated: January 2, 2026
JK/cc: Erik Khan
   All Counsel of Record

